UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
LORAE, COLLEEN PHILLIPS § Case No. 9-07-bk-11985-ALP
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE L. JENSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on   . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DIANE L. JENSEN_____
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COLLEEN PHILLIPS LORAE | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans SVB-314 PO Box 5170 Simi Valley, CA 93062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans SVB-314 PO Box 5170 Simi Valley, CA 93062 | | | | | |
| | Kevin M. Kelley 801 Oakwood Dr. Greenwood, IN 46142 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DIANE L. JENSEN | | | | | |
| DIANE L. JENSEN | | | | | |
| NEWSPRESS | | | | | |
| PAVESE LAW FIRM | | | | | |
| DIANE L. JENSEN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Workforce 10 North Senate Ave. Indianapolis, IN 46204 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Back to Earth Inc. 5243 Kernwood Crt. Palm Harbor, FL 34885 | | | | | |
| | Bright House Networks 700 Carillon Pkwy Saint Petersburg, FL 33716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank(Amazon) PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank VISA PO Box 44180 Jacksonville, FL 32231-4180 | | | | | |
| | Direct TV PO Box 6550 Greenwood Village, CO 80155 | | | | | |
| | Gulf Coast Dermatology Laboratory 6001 Memorial Hwy Tampa, FL 33615 | | | | | |
| | Home Depot Credit Services PO Box 689100 Des Moines, IA 50368 | | | | | |
| | Verizon PO Box 9588 Mission Hills, CA 91346 | | | | | |
| | Waste Management of Pinellas 3411 N 40th Street Tampa, FL 33605-1698 | | | | | |
| 10-2 | ADVANTA BANK CORP. | | | | | |
| 11-1 | AMERICAN EXPRESS BANK FSB | | | | | |
| 03-1 | ASSURE GREEN PROPERTY SERVICES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01-1 | CAPITAL RECOVERY II | | | | | |
| 05-1 | CHASE BANK USA | | | | | |
| 08-1 | CHASE BANK USA | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 04-1 | CONSTRUCTIVE RESOURCE INC. | | | | | |
| 02-1 | DISCOVER BANK/DISCOVER FINANCIAL SV | | | | | |
| 06-1 | PINELLAS CITY UTILITIES | | | | | |
| 07-2 | ROUNDUP FUNDING LLC | | | | | |
| 09-1 | VERIZON FLORIDA INC. | | | | | |
| 12-1 | AMERICAN INFOSOURCE LP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 07-11985 ALP Judge: Alexander L. Paskay | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | LORAE, COLLEEN PHILLIPS | Date Filed (f) or Converted (c): | 12/05/07 (f) |
| | | 341(a) Meeting Date: | 01/16/08 |
| For Period Ending: | 01/14/11 | Claims Bar Date: | 04/21/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 779 Cyress Trails Dr., Tarpon Springs, FL | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 10.00 | 10.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(s) | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. SECURITY DEPOSIT | 585.00 | 0.00 | DA | 0.00 | FA |
| 5. FURNITURE; HH GOODS | 500.00 | 235.00 | | 0.00 | FA |
| 6. CLOTHING | 100.00 | 100.00 | | 0.00 | FA |
| 7. JEWELRY | 200.00 | 200.00 | | 0.00 | FA |
| 8. SPORTING EQUIPMENT | 200.00 | 200.00 | | 0.00 | FA |
| 9. 2003 FORD MUSTANG-Sold at public auction | 8,095.00 | 5,900.00 | | 6,900.00 | FA |
| Debtor's $1000 exempt portion of sale proceeds as follows: $745.00 toward other repurchase, remainder of $255.00 refunded to Debtor. | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.85 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $384,840.00 | $6,645.00 | | $6,905.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/28/09: Final report filed. 2/09: Will file Final Report as soon as possible. 5/21/08: Debtor advised she had no income for 2007, so not entitled to any tax refund. 5/13/08: Do followup for signed revised stip and tax return. 3/26/08: Did followup for stip. and tax return. 3/14/08: Dictated stip to repurchase starting 4-01-08; is now keeping the car. 3/11/08: Did motion for turnover. 2/26/08: Do L on overage. 1/30/08: Refund request sent to IRS. 1/16/08: O/e re car/assets; do L to atty re real estate.

| | | | | |
|---|---|---|---|---|
| Case No: | 07-11985 ALP Judge: Alexander L. Paskay | | Trustee Name: | DIANE L. JENSEN |
| Case Name: | LORAE, COLLEEN PHILLIPS | | Date Filed (f) or Converted (c): | 12/05/07 (f) |
| | | | 341(a) Meeting Date: | 01/16/08 |
| | | | Claims Bar Date: | 04/21/08 |

Initial Projected Date of Final Report (TFR): 11/20/09        Current Projected Date of Final Report (TFR): 11/20/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-11985 -ALP | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | LORAE, COLLEEN PHILLIPS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******0846 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7919 | | |
| For Period Ending: | 01/14/11 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/08 | 9 | AUTO BROKERS OF FT MYERS #2952 | SALE OF ASSET | 1129-000 | 6,900.00 | | 6,900.00 |
| | | | Debtor entitled to $1,000 exempt. Using $745 toward repurchase of other assets, bal of $255 to be refunded to Debtor. | | | | |
| 05/15/08 | 000101 | NEWS-PRESS<br>P. O. Box 330039<br>Nashville, TN 37203-7500 | ADVERTISING ACCT 725774- NEWS-PRESS<br>for auction 4/28/08<br>invoice 0003010386<br>per order for general expenses 4/1/05 | 2990-000 | | 57.32 | 6,842.68 |
| 05/15/08 | 000102 | COLLEEN PHILLIPS LORAE<br>15825 CANDLE DRIVE<br>FT. MYERS, FL 33908 | exempt portion of vehicle proceeds<br>Exemption = $1,000.00, less $745.00 for repurchase of other non-exempt assets, balance due Debtor $255.00 | 8100-002 | | 255.00 | 6,587.68 |
| 05/30/08 | 10 | Bank of America | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,588.51 |
| 06/30/08 | 10 | Bank of America | Interest Rate 0.150 | 1270-000 | 0.82 | | 6,589.33 |
| 07/31/08 | 10 | Bank of America | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,590.17 |
| 08/29/08 | 10 | Bank of America | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,591.00 |
| 09/30/08 | 10 | Bank of America | Interest Rate 0.150 | 1270-000 | 0.81 | | 6,591.81 |
| 10/31/08 | 10 | Bank of America | Interest Rate 0.100 | 1270-000 | 0.64 | | 6,592.45 |
| 11/28/08 | 10 | Bank of America | Interest Rate 0.100 | 1270-000 | 0.53 | | 6,592.98 |
| 12/31/08 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 6,593.32 |
| 01/30/09 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,593.37 |
| 02/11/09 | 000103 | PAVESE LAW FIRM | RECORDING FEES<br>59907.390, Per Order dated 4/1/05 | 2990-000 | | 27.00 | 6,566.37 |
| 02/27/09 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,566.42 |
| 03/31/09 | 10 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,566.48 |
| 04/14/09 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,566.53 |
| 04/14/09 | | Transfer to Acct #*******6824 | Final Posting Transfer | 9999-000 | | 6,566.53 | 0.00 |

Page Subtotals  6,905.85  6,905.85

Ver: 16.01c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-11985 -ALP | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | LORAE, COLLEEN PHILLIPS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******0846  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7919 | | |
| For Period Ending: | 01/14/11 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,905.85 | 6,905.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,566.53 | |
| | | | Subtotal | | 6,905.85 | 339.32 | |
| | | | Less:  Payments to Debtors | | | 255.00 | |
| | | | Net | | 6,905.85 | 84.32 | |

Page Subtotals  0.00  0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 07-11985 -ALP | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | LORAE, COLLEEN PHILLIPS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******6824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7919 | | |
| For Period Ending: | 01/14/11 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/09 | | Transfer from Acct #*******0846 | Transfer In From MMA Account | 9999-000 | 6,566.53 | | 6,566.53 |
| 11/23/09 | 001001 | DIANE L. JENSEN<br>P. O. DRAWER 1507<br>FORT MYERS, FL 33902 | Chapter 7 Compensation/Fees | 2100-000 | | 1,415.09 | 5,151.44 |
| 11/23/09 | 001002 | DIANE L. JENSEN<br>P. O. DRAWER 1507<br>FORT MYERS, FL 33902 | Chapter 7 Expenses | 2200-000 | | 5.27 | 5,146.17 |
| 11/23/09 | 001003 | DIANE L. JENSEN | Claim ADM, Payment 100.00000%<br>59907.390 | 3110-000 | | 805.00 | 4,341.17 |
| 11/23/09 | 001004 | CAPITAL RECOVERY II<br>25 S.E. 2nd Ave., Ste. 1120<br>Miami, FL 33131 | Claim 01-1, Payment 6.02886% | 7100-000 | | 6.10 | 4,335.07 |
| 11/23/09 | 001005 | DISCOVER BANK/DISCOVER FINANCIAL SV<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Claim 02-1, Payment 6.02989% | 7100-000 | | 866.98 | 3,468.09 |
| 11/23/09 | 001006 | Assure Green Property Services LLC<br>Heather Sim<br>PO Box 1466<br>Oldsmar, FL 34677-1466 | Claim 03-1, Payment 6.02885% | 7100-000 | | 6.27 | 3,461.82 |
| 11/23/09 | 001007 | Constructive Resource Inc.<br>dba AAA Solar<br>James N. Casesa, Esq.<br>3845 Fifth Ave North<br>St. Petersburg, FL 33713-7537 | Claim 04-1, Payment 6.02752% | 7100-000 | | 6.57 | 3,455.25 |
| 11/23/09 | 001008 | CHASE BANK USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121 | Claim 05-1, Payment 6.02989% | 7100-000 | | 1,002.35 | 2,452.90 |
| 11/23/09 | 001009 | ROUNDUP FUNDING LLC | Claim 07-2, Payment 6.02997% | 7100-000 | | 44.55 | 2,408.35 |
| | | | Page Subtotals | | 6,566.53 | 4,158.18 | |

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-11985 -ALP | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | LORAE, COLLEEN PHILLIPS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******6824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7919 | | |
| For Period Ending: | 01/14/11 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/23/09 | 001010 | MS 550<br>P.O. Box 91121<br>Seattle, WA 8111-9221<br>CHASE BANK USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121 | Claim 08-1, Payment 6.02988% | 7100-000 | | 1,300.02 | 1,108.33 |
| * 11/23/09 | 001011 | Verizon Florida Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | Claim 09-1, Payment 6.03024% | 7100-004 | | 24.61 | 1,083.72 |
| 11/23/09 | 001012 | ADVANTA BANK CORP.<br>c/o Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 10-2, Payment 6.02988% | 7100-000 | | 845.67 | 238.05 |
| 11/23/09 | 001013 | AMERICAN EXPRESS BANK FSB<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 11-1, Payment 6.02970% | 7100-000 | | 236.31 | 1.74 |
| 11/23/09 | 001014 | United States Bankruptcy Court<br>FL | Claim 06-1<br>Pinellas City Utilities<br>PO Box 1780<br>Clearwater, FL 33757 | 7100-000 | | 1.74 | 0.00 |
| * 09/27/10 | 001011 | Verizon Florida Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -24.61 | 24.61 |
| 09/30/10 | 001015 | CLERK, U.S. Bankruptcy Court<br>U.S. Courthouse<br>801 N. Florida Ave., Suite 555<br>TAMPA, FL 33602-3899 | UNCLEARED FUNDS TO COURT | 7100-000 | | 24.61 | 0.00 |

Page Subtotals       0.00       2,408.35

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-11985 -ALP | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | LORAE, COLLEEN PHILLIPS | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******6824 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7919 | | | |
| For Period Ending: | 01/14/11 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,566.53 | 6,566.53 | 0.00 |
| Less: Bank Transfers/CD's | 6,566.53 | 0.00 | |
| Subtotal | 0.00 | 6,566.53 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,566.53 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0846 | 6,905.85 | 84.32 | 0.00 |
| Checking Account (Non-Interest Earn - ********6824 | 0.00 | 6,566.53 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,905.85 | 6,650.85 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*